IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hill, Gordon W

Printed:  7/22/08

Case Number:  07 B 16379
Judge:  Wedoff, Eugene R
Filed:  9/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  July 16, 2008
Confirmed:  November 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,632.00 |  |
| Secured: |  | 1,345.39 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 286.61 |
| Other Funds: |  | 0.00 |
| Totals: | 4,632.00 | 4,632.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dollie I Warren-Reed | Administrative | 3,000.00 | 3,000.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 0.00 | 22.00 |
| 5. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 17,540.83 | 792.80 |
| 7. | Chase Home Finance | Secured | 11,739.21 | 530.59 |
| 8. | Illinois Dept of Revenue | Priority | 4,354.78 | 0.00 |
| 9. | American Express | Unsecured | 4,415.76 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 950.42 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 9,587.84 | 0.00 |
| 12. | American General Finance | Unsecured | 984.61 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 31,294.90 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 649.74 | 0.00 |
| 15. | Real Time Resolutions | Unsecured | 87,748.27 | 0.00 |
| 16. | City Of Chicago | Unsecured |  | No Claim Filed |
| 17. | Harris & Harris | Unsecured |  | No Claim Filed |
| 18. | Harris & Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 172,266.36 | $ 4,345.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 71.07 |
| 6.5% | 215.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hill, Gordon W | Case Number: 07 B 16379 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 9/7/07 |

_____
$ 286.61

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

